IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EDWARD GARLOCK**                                                                            **PLAINTIFF**
Reg. #25750-045

v.                  CASE NO. 2:16-CV-00148 BSM

**VIRGINIA LOCKEY, R.N.**,
Forrest City Medium FCI; et al.                                  **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 48] submitted by United States Magistrate Judge Joe J. Volpe have been received. Plaintiff Edward Garlock has not submitted objections. After a careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, defendants Lockey, Loveday, Cunningham, and Futrell's motion for summary judgment [Doc. No. 21] is granted; Garlock's claims against defendants Lockey, Loveday, Cunningham, and Futrell are dismissed without prejudice for failure to exhaust his administrative remedies; defendant United States of America's motion for summary judgment [Doc. No. 33] is granted; and Garlock's Federal Torts Claims Act claim against the United States of America is dismissed with prejudice. Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of September 2017.

                                                        /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE