IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EDWARD GARLOCK** **PLAINTIFF**
Reg. #25750-045

v.   CASE NO. 2:16-CV-00148 BSM

**VIRGINIA LOCKEY, R.N.**
**Forrest City Medium FCI; et al.**   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed. Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE